# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION        2:12-md-2327

---------------------------------------------------------------

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Deborah G. Batson v. Ethicon, Inc., et al. | Case No. 2:14-cv-06455 |
| Debra Westerfield v. Ethicon, Inc., et al. | Case No. 2:14-cv-09748 |
| Donna Parks v. Ethicon, Inc., et al. | Case No. 2:14-cv-10221 |

## **ORDER**

      Pending before the court is Defendants' Motion to Compel Dr. Daniel Elliott to Produce Compensation Records.[1] Plaintiffs and Defendants fully briefed the issues, and a telephonic hearing was held on January 14, 2020. For the reasons discussed during the hearing, the court **GRANTS** Defendants' Motion to Compel Dr. Daniel Elliott to Produce Compensation Records. It is so **ORDERED.**

      The Clerk is directed to provide a copy of this Order to counsel of record.

                                     **ENTERED:** January 15, 2020

                                     Cheryl A. Eifert
                                     United States Magistrate Judge

---

[1] *Batson v. Ethicon, Inc., et al.*, 2:14-cv-06455, (ECF No. 41); *Westerfield v. Ethicon, Inc.*, 2:14-cv-09748, (ECF No. 42); *Parks v. Ethicon, Inc., et al.*, 2:14-cv-10221, (ECF No. 33)