# EXHIBIT C

Daniel Elliott, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       AT CHARLESTON
 4   _____
 5
 6   IN RE: ETHICON, INC.,          Master File No.
     PELVIC REPAIR SYSTEM           2:12-MD-02327
 7   PRODUCTS LIABILITY             MDL 2327
     LITIGATION
 8                                  JOSEPH R. GOODWIN
     THIS DOCUMENT RELATES TO:      U.S. DISTRICT JUDGE
 9
     Barbara & Gary Smith
10   v. Ethicon, Inc., et al.
     Case No. 2:12-cv-04791
11   _____
12
13                       Deposition of
14                    DANIEL ELLIOTT, M.D.
15                 Saturday, August 31, 2019
16                         2:52 p.m.
17
18
19   Patrick J. Mahon, Court Stenographer
20
21
22              GOLKOW LITIGATION SERVICES
23         877.370.3377 ph / 917.591.5672 fax
24                   deps@golkow.com
```

Daniel Elliott, M.D.

1        MR. DAVIS:  Thank you.

2        (Exhibit 4 was marked for identification.)

3    BY MR. DAVIS:

4        Q  And then pulling up Exhibit 4, I noticed

5    that if we open up that thumb drive, Exhibit 4, we

6    find two file folders, one for the Munsee case and

7    one for the Smith case; is that correct?

8        A  Correct.

9        Q  And we've already talked about the Munsee

10   materials in the earlier deposition; is that

11   right?

12       A  Yes.

13       Q  So looking at the Smith file folder, when

14   I open it up, I see "Dr. Elliott Invoices" and

15   "Smith Records."  That's two file folders.

16       A  Correct.

17       Q  If we open up the invoices, we simply get

18   the three invoices that have been marked as

19   Exhibit 3; is that correct?

20       A  Yes.

21       Q  And then if we open up the "Smith

22   Records," you get four PDFs of records from four

23   different providers; is that correct?

24       A  Well, providers or institutions, yes.