# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80861-Civ-Middlebrooks/Brannon

DEBORAH G. BATSON,

    Plaintiff,

vs.

ETHICON, INC, *et al.,*

    Defendants.

_____/

## ORDER MEMORIALIZING COURT RULINGS AT DISCOVERY HEARING

THIS CAUSE is before the Court following a Discovery Hearing held on July 16, 2020 on various discovery disputes, which have been referred to the undersigned for resolution [DE 102]. Having heard from counsel and as stated on the record, it is

ORDERED AND ADJUDGED that Plaintiff's counsel must work with its hired expert, Dr. Daniel Elliot, to produce a verified spreadsheet to Defendant with the following information: 1) the cases Dr. Elliot testified in concerning pelvic mesh over the last five years; 2) the name of the lawyer or firm that retained Dr. Elliot in this regard; 3) what side Dr. Elliot was testifying on behalf of; 4) how much Dr. Elliot billed for these services; 5) how much he was actually paid for these services; 6) whether the figures are based on memory or documentation.  All documents that exist reflecting this information, except for 1099s, shall be produced along with the spreadsheet. Other than the spreadsheet, there is no need to create any documents to reflect this information. Plaintiff must produce the verified spreadsheet and supporting documents **by or before 5:00 PM EST on July 31, 2020.**  The information produced pursuant to this order shall be used only in this

case. However, in other matters concerning Dr. Elliot's compensation information, defense counsel can make those courts aware of this order.

DONE AND ORDERED in Chambers at Wesst Palm Beach in the Southern District of Florida, this 16th day of July, 2020.

*[signature]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

Case 2:20-cv-04803-GW-AS Document 112-10 Filed 09/08/20 Page 3 of 3 Page ID #:374
Case 9:20-cv-80601-DMM Document 54 Entered on FLSD Docket 07/17/2020 Page 2 of 2