# EXHIBIT J

| | |
|---|---|
| From: | Ken Conour |
| To: | Chris Cantrell |
| Cc: | Anita Modak-Truran; Josh Wes; Mollie Benedict |
| Subject: | RE: Dr. Elliott Compensation |
| Date: | Thursday, August 06, 2020 1:58:00 PM |
| Attachments: | image001.png |

Chris:

We haven't received a response to the below email. Please let us know what availability you have in the next few days to meet and confer on this issue. If we do not hear from you, we will have to proceed with a motion to obtain resolution of this issues.

Thanks.

Ken

**From:** Ken Conour
**Sent:** Monday, July 27, 2020 2:21 PM
**To:** Chris Cantrell
**Cc:** Anita Modak-Truran ; Josh Wes ; Mollie Benedict
**Subject:** Dr. Elliott Compensation

Chris:

We write on the issue of Dr. Elliott's compensation records. It has now been more than six months since the MDL Order was entered and you have not produced any responsive information. You have insisted the production be limited to an affidavit of Dr. Elliott, although Defendants' motion sought compensation records and the Order granting our motion was not so limited. You have also demanded that any information provided be used only in three matters (Batson, Parks, and Westerfield), even though Judge Eifert was clear at the hearing that her ruling applied in those and other MDL cases involving Dr. Elliot, such as Ferrer and Mallo. You have also demanded that Defendants provide a reciprocal production of information from Dr. Grier although you never sought or obtained an order on that issue. Your failure to produce the required information and your proposed conditions are in violation of the letter and spirit of Judge Eifert's order and the purposes of the MDL.

Defendants propose the following resolution. If you are not in agreement with this proposal, we would like to have a telephonic meet and confer this week. If we are unable to resolve this matter informally, Defendants will bring a motion to enforce Judge Eifert's order. The motion will inform the court that you have failed to provide any information responsive to that Order, and you are insisting on conditions contrary to the Order. We will also seek attorneys' fees incurred in having to bring this motion.

Proposal

Plaintiff will produce a list of all cases where Dr. Elliott has issued a report, testified at deposition and/or testified at trial for the past 5 years in pelvic mesh case. The list shall include the name of the plaintiff's firm and the year. You will produce all of Dr. Elliott's invoices for any pelvic mesh cases for the past 5 years. To the extent this documentation does not exist for any specific matters, Plaintiffs will provide an affidavit from Dr Elliott's accountant(s), identifying the doctor's compensation for each matter where complete invoices were not produced. Defendants may use this information in any matter in which Dr.

Elliot is disclosed as an expert, subject to Plaintiff's evidentiary objections to use at trial or in hearings. The production will be made on or before August 14, 2021.

Defendants will produce similar information for Dr. Grier within two weeks of Plaintiff's production.

We look forward to hearing from you.

Ken

**Kenneth P. Conour**
**Butler Snow LLP**

D: (615) 651-6715 | C: (510) 915-1223 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Kenneth.Conour@butlersnow.com | vCard | Bio



Twitter | LinkedIn | Facebook | YouTube