# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WESTERFIELD, | Case No.: 2:20-cv-04803-GW-AS |
| Plaintiff, | |
| v. | **NOTICE OF PRIOR TESTIMONY OF DANIEL ELLIOTT, MD** |
| ETHICON, INC., ET AL., | |
| Defendants. | |

1
2
3
4

     In compliance with Magistrate Judge Eifert's Order and Rule 26(a)(2)(B)(v) of the Federal Rules of Civil Procedure, below is a list of cases in which Daniel Elliott, MD testified as an expert witness during the previous four years.

5
6

### **PREVIOUS TESTIMONY**

7
8

*Nancy Smallwood v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-00472

9
10

*Elizabeth Blynn Wilson Wolfe v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01286;

11
12

*Funderburke v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-09957;

13

*Loustanauma v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-00666;

14
15

*Nix v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01278;

16

*Carter v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01661;

17
18

*Kowalski v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01323;

19

*Rose v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01336;

20

*Russell v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-26652

21
22

*Clinton v. Mentor Worldwide,* Eastern District of Missouri, Case No. 2:16-cv-00319;

23

*Griffin v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04331;

24

*Schalk v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04806;

25

*Houck v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-08091;

26
27

*Jones v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-17912;

28

*Kaiser v. Ethicon, Inc.,* Northern District of Indiana, Case No. 18-cv-02944.

*McKnight v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-13720;

*Perciballi v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-08053;

*Alonso v. C.R. Bard, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-07112;

*Staton v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-00485;

*Garvin v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-19899;

*Becky Smith v. C.R. Bard, Inc.,* Southern District of West Virginia, Case No. 2:15-cv-16402;

*Orr v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-03738;

*Seal v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-27279;

*Munsee v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-26868;

*Barbara Smith v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04791;

*Batson v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-06455;

*Parks v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-10221;

*Westerfoe;d v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-09748;

*Barone v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-06802;

*Freeman v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-24578;

*Burton v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-15094;

*Wingard v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-23113;

*Romero v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-01294;

*Clove v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-06893;

*Lewis v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-14666;

*Moe v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-26408.

Respectfully submitted,

/s/ Chris W. Cantrell
Chris W. Cantrell (SBN 290874)
**DOYLE APC**
550 West B Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 736-0000
Facsimile: (619) 736-1111

William J. Doyle (SBN 188069)
John Lowther (SBN 207000)
**DOYLE LOWTHER LLP**
4400 NE 77th Avenue, Suite 275
Vancouver WA 98662
Telephone: (360) 818-9320
Facsimile: (360) 450-3116

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, a true and correct copy of **Notice of Prior Testimony of Daniel S. Elliott, MD** was served on the following counsel of record by electronic mail:

Mollie Benedict, Esq.
Joshua Wes, Esq.
Tucker Ellis LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
mollie.benedict@tuckerellis.com
joshua.wes@tuckerellis.com

| CASE NAME | LAW FIRM | DEPOSITION OR TRIAL TESTIMONY | DATE OF TESTIMONY | CASE NUMBER |
|---|---|---|---|---|
| *Ailey v. Cook Medical* | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-18888 |
| *Watkins v. Cook Medical* | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-20370 |
| *Hovey v. Cook Medical* | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-18900 |
| *Lingo v. Cook Medical* | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-20359 |
| *St. Cyr v. C.R. Bard* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:14-cv-02313 |
| *Stanbrough v. C.R. Bard* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:14-cv-06937 |
| *Sutton v. C.R. Bard* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:12-cv-00105 |
| *Kathryn Nelson v. Ethicon* | Habush, Habush & Rottier / Wexler Wallace | DEPOSITION | 7/12/2015 | 2:12-cv-00472 |
| *Tereski Mullins v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 9/26/2015 | 2:12-cv-02952 |
| *Watkins v. Ethicon* | Anderson Law Offices | DEPOSITION | 10/3/2015 | In Re Pelvic Mesh/Gynecare Litigation, Case No. 291 CT |
| *Hammons v. Ethicon* | Mazie, Slater & Katz / Kline & Specter | DE BENE ESSE DEPOSITION FOR TRIAL | 11/21/2015 | 2:13-cv-04086 |
| *Nancy Smallwood v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 1/1/2016 | 2:12-cv-00472 |
| *Blynn Wilson Wolfe v. Ethicon* | Aylstock Witkin Kreis & Overholtz / Mounsour Firm | DEPOSITION | 3/26/2016 | 2:12-cv-01286 |
| *Funderburke v. Ethicon* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 3/26/2016 | 2:12-cv-09957 |
| *Loustanauma v. Ethicon* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 3/26/2016 | 2:12-cv-00666 |
| *Nix v. Ethicon* | Aylstock Wikin Kreis & Overholtz / Mounsour Firm / Fibich Leebron Copeland / Salim Beasley | DEPOSITION | 3/26/2016 | 2:12-cv-01278 |
| *Carter v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 5/14/2016 | 2:12-cv-01661 |
| *Judith Kowalski v. Ethicon* | Aylstock Wikin Kreis & Overholtz / Mounsour Firm / Fibich Leebron Copeland | DEPOSITION | 7/2/2016 | 2:12-cv-01323 |
| *Rose v. Ethicon* | Aylstock Wikin Kreis & Overholtz / Meyers & Flowers / Fibich Leebron Copeland | DEPOSITION | 7/2/2016 | 2:12-cv-01336 |
| *Jones v. Ethicon* | Levin Papantonio | DEPOSITION | 7/16/2016 | 2:14-cv-17912 |
| *Russell v. Ethicon* | Hollis Wright & Couch / Hollis Wright Clay & Vail | DEPOSITION | 7/16/2016 | 2:12-cv-26652 |
| *Clinton v. Mentor Worldwide* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/24/2016 | 2:16-cv-00319 |
| *Griffin v. Ethicon* | Zimmerman Reed | DEPOSITION | 2/4/2017 | 2:12-cv-04331 |
| *Schalk v. Ethicon* | Childer Schlueter & Smith | DEPOSITION | 2/4/2017 | 2:12-cv-04806 |
| *Kaiser v. Ethicon* | Wagstaff & Cartmell / Wexler Wallace / Thomas Plouff | TRIAL | 3/1/2018 | 18-cv-02944 |
| *Houck v. Ethicon* | Ashcraft & Gerel | DEPOSITION | 3/24/2019 | 2:12-cv-08091 |
| *McKnight v. Ethicon* | Bernstein Liebhard | DEPOSITION | 4/13/2019 | 2:13-cv-13720 |
| *Perciballi v. Ethicon* | Levin Papantonio | DEPOSITION | 5/5/2019 | 2:13-cv-08053 |
| *Alonso v. C.R. Bard* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/20/19 | 2:14-cv-07112 |
| *Staton v. Ethicon* | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/20/2019 | 2:12-cv-00485 |
| *Garvin v. Ethicon* | Littlepage Booth / Leckman Law | DEPOSITION | 7/21/2019 | 2:13-cv-19899 |
| *Becky Smith v. C.R. Bard* | Wagstaff & Cartmell | DEPOSITION | 7/29/2019 | 2:15-cv-16402 |
| *Orr v. Ethicon* | Doyle Lowther, Branstetter Jennings & Stranch | DEPOSITION | 8/24/2019 | 2:12-cv-03738 |
| *Seal v. Ethicon* | Doyle Lowther | DEPOSITION | 8/24/2019 | 2:13-cv-27279 |
| *Munsee v. Ethicon* | Doyle Lowther | DEPOSITION | 8/31/2019 | 2:13-cv-26868 |
| *Barbara Smith v. Ethicon* | Doyle Lowther | DEPOSITION | 8/31/2019 | 2:12-cv-04791 |
| *Barone v. Ethicon* | Heard Robins Cloud & Black | DEPOSITION | 9/14/2019 | 2:12-cv-06802 |
| *Freeman v. Ethicon* | Heard Robins Cloud & Black | DEPOSITION | 9/14/2019 | 2:13-cv-24578 |
| *Burton v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/5/2019 | 2:14-cv-15094 |
| *Wingard v. Ethicon* | Wagstaff & Cartmell / Simmons Hanly Conroy | DEPOSITION | 10/5/2019 | 2:13-cv-23113 |
| *Romero v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/6/2019 | 2:13-cv-01294 |
| *Clowe v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/12/2019 | 2:12-cv-06893 |
| *Lewis v. Ethicon* | Shaw Cowart | DEPOSITION | 10/12/2019 | 2:14-cv-14666 |
| *Moe v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/14/19 | 2:13-cv-26408 |
| *Batson v. Ethicon* | Doyle Lowther | DEPOSITION | 11/30/2019 | 2:14-cv-06455 |
| *Parks v. Ethicon* | Doyle Lowther | DEPOSITION | 12/1/2019 | 2:14-cv-10221 |
| *Westerfield v. Ethicon* | Doyle Lowther | DEPOSITION | 12/1/2019 | 2:14-cv-09748 |